**DISMISS and Opinion Filed June 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00405-CR**

**RONALD ANDERSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F19-75344-L**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

Ronald Anderson was charged with failure to register as a sex offender. The trial court placed appellant on deferred adjudication but the State subsequently filed a motion to proceed with adjudication, alleging he violated certain conditions of his community supervision. On February 4, 2021, the trial court found the allegations in the State's motion were true, found appellant guilty of the charged offense, and assessed punishment at five years in prison. On May 14, 2021, appellant signed his "Motion of Appeal" which was filed on May 28, 2021. For the reason that follows, we dismiss this appeal.

A timely filed notice of appeal is required to invoke this Court's jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, we have no option other than to dismiss the appeal. *Id*. A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed, or within ninety days after sentencing if the defendant timely filed a motion for new trial, a written notice of appeal showing his desire to appeal. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a). Under the prisoner mailbox rule, if a pro se inmate timely delivers a document to prison authorities for forwarding to the court clerk, the document is deemed filed when placed with prison officials for mailing. *Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim. App. 2010).

The trial court entered judgment on February 4, 2021. Because there was no timely filed motion for new trial, appellant's notice of appeal was due on March 8, 2021. *See* TEX. R. APP. P. 26.2(a). Appellant's May 14, 2021 pro se notice of appeal was untimely, and as a result, we lack jurisdiction over this appeal.

We dismiss this appeal for want of jurisdiction.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210405F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONALD ANDERSON, Appellant

No. 05-21-00405-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F19-75344-L.
Opinion delivered by Justice Goldstein. Justices Molberg and Smith participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered June 7, 2021